MCKOOL SMITH HENNIGAN, P.C.
Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmith.com
Lawrence M. Hadley (SBN 157728)
lhadley@mckoolsmith.com
Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmith.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200; F: (213) 694-1234

Attorneys For Plaintiffs,
*PersonalWeb Technologies, LLC and
Level 3 Communications, LLC*

DURIE TANGRI LLP
Ryan M Kent (SBN 220441)
rkent@durietangri.com
Sonal Mehta (SBN 222086)
smehta@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys For Defendant ,
*GitHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GITHUB, INC.,<br><br>　　　　　　　Defendant. | Case No. 16-cv-01267-EJD (HRL)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GITHUB, INC.** |

STIPULATION OF DISMISSAL

1 | Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications, LLC
2 | and Defendant GitHub, Inc., have resolved the disputes raised in this action.
3 | In accordance therewith, Plaintiffs PersonalWeb Technologies LLC and Level 3
4 | Communications, LLC have agreed to dismiss this case against Defendant GitHub,
5 | Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
6 | NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiffs
7 | PersonalWeb Technologies LLC and Level 3 Communications LLC and Defendant
8 | GitHub, Inc., that all claims in the above-captioned action shall, in accordance with
9 | the following Order of Dismissal, be dismissed with prejudice and that each party
10 | shall bear its own costs, expenses and attorneys' fees.
11 | So Stipulated.

13 | Dated: February 13, 2017

Respectfully submitted,

*/s/ Lawrence M. Hadley*

Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley (SBN 157728)
lhadley@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200; F: (213) 694-1234

*Attorneys for Plaintiff*
*PersonalWeb Technologies LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                */s/ Ryan M. Kent*

Ryan M. Kent
rkent@durietangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA  94111-3007
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys For Defendant GitHub, Inc.*

-2-
STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 13, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Lisa Tolan*